IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | Case No: 19 CR 805 |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Luis Arroyo | ) | |
| Defendant | ) | |

## ORDER

Arrest warrant issued to the Federal Bureau of Investigation as to defendant Luis Arroyo.

Date: October 24, 2019

Magistrate Judge Maria Valdez