**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                           Case No.: 1:19−cr−00805
                                                            Honorable Steven C. Seeger

Luis Arroyo, et al.

                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 5, 2022:

      MINUTE entry before the Honorable Steven C. Seeger as to Luis Arroyo: Status hearing held on April 5, 2022. Defendant's appearance is waived. The Court discussed its previous orders. The parties must respond to the Court's questions by April 22, 2022. If the probation officer wants to respond to any of the filings, the probation officer may do so by April 29, 2022. The parties agree on a sentencing date. The sentencing is set for May 25, 2022 at 1:30 p.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.