**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                        Case No.: 1:19−cr−00805
                                                                        Honorable Steven C. Seeger

Luis Arroyo, et al.

                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 24, 2022:

      MINUTE entry before the Honorable Steven C. Seeger as to Luis Arroyo: By the end of the day, the government must file a copy of each of the checks (in order) listed in the government's Supplement – Exhibit A. (Dckt. No. [119]−1) Also, by the end of the day, the government must file a copy of Defendant's Statement of Economic Interests, or any other document where, in the government's view, Defendant should have disclosed the payments from Collage LLC. At various times, the government's submissions make the point that Defendant Arroyo failed to disclose the payments from Collage LLC. See, e.g., Government's Sentencing Memo., at 2 (Dckt. No. [101], at 2 of 17) ("Despite being required by law to file a Statement of Economic Interests that would disclose, among other things, income received during the prior year, Arroyo never disclosed that he or Spartacus had any relationship with or received any money from Collage."); id. at 6 ("Arroyo never disclosed that he or Spartacus had any relationship with or received money from Collage. That payment arrangement suggests an effort to conceal the relationship between Weiss and Arroyo."); see also Government's Version of the Offense, at 2 (Dckt. No. [95], at 27 of 147) ("Arroyo never disclosed that he or Spartacus had any relationship with Collage."). Finally, by the end of the day, the government must file a copy of the Weiss−signed services agreement involving Senator A#039;s nominee, meaning the draft agreement with the $2,500 check in the envelope postmarked October 22, 2019. See Government's Version of the Offense, at 6 (Dckt. No. [95], at 31 of 147). Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.